THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL A. AJAS, Relator, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Writ dismissed and determination confirmed, with fifty dollars costs and

disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.